# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1003

_____

United States of America,      *
                                    *

             Appellee,        *

                                    *    Appeal from the United States

     v.                                *    District Court for the

                                    *    District of Minnesota.

Milton George Bigalk,        *

                                    *          [UNPUBLISHED]

             Appellant.       *

_____

Submitted: January 25, 2006
Filed: February 1, 2006

_____

Before ARNOLD, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

A jury found Milton George Bigalk guilty of failing to surrender as ordered to serve a previously imposed federal sentence, in violation of 18 U.S.C. § 3146(a)(2). The district court[1] sentenced him to 21 months in prison and 3 years of supervised release, and he appeals.

Mr. Bigalk challenges the sufficiency of the evidence to support his conviction. Viewing the evidence in the light most favorable to the jury's verdict, we conclude that

---

[1]The Honorable Donald D. Alsop, United States District Judge for the District of Minnesota.

it is sufficient.  See United States v. Marion, 977 F.2d 1284, 1287 (8th Cir. 1992) (standard of review).  Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.  We deny Mr. Bigalk's pro se "affidavit and demand for charging affidavits."

_____